# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2020

## NO. 03-19-00861-CV

### In the Matter of M. L. D., Appellant

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on September 13, 2019. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.